No. 244.  SECURITIES & EXCHANGE COMMISSION ET AL. *v.* OTIS & CO., *ante,* p. 843;

No. 284.  LAPIDES *v.* MCGRATH, ATTORNEY GENERAL, ET AL., *ante,* p. 860;

No. 319.  PRICE *v.* MISSISSIPPI, *ante,* p. 844;

No. 57, Misc.  SIMMONS *v.* PENNSYLVANIA, *ante,* p. 862;

No. 155, Misc.  RHEIM *v.* FOSTER, WARDEN, *ante,* p. 857; and

No. 156, Misc. BARMORE *v.* FOSTER, WARDEN, *ante,* p. 862. The petitions for rehearing in these cases are severally denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.